THE W.H. THOMAS FIRM, LLC
75 FOURTEENTH STREET, 25TH FLOOR
ATLANTA, GEORGIA 30309
Tel: (404) 897-3523 Fax: (678) 965-1781
*www.whthomasfirm.com*

William H. Thomas Jr.                                                                                        bill@whthomasfirm.com
Admitted in Georgia
and California  (Inactive)

Tiana Garner, Of Counsel


April 20, 2014

Courtroom Deputy
United States District Court
75 Spring Street, S.W.
Atlanta, Georgia 30303

       Re:    United States v. Christopher Atkins, 1:13-CR-417-WSD-JSA
               United States v. Ramiro Antunez-Pineda, 1:13-CR-382-JEC-LTW
               United States v. Monyette Mclaurin, 1:13-CR-00078-JFK
               United States v. Michael Johnson, 1:11-CR-255-TWT
               United States v. Darnell Portis, 1:13-CR-00340-SCJ-JSA
               United States v. Christopher Hitchcock, 1:14-CR-007-01-TWT-AJB


Dear Courtroom Deputy:

       This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office on the following dates:

       July 24-28, 2014

       I respectfully request that the court not schedule any court appearances in the above-referenced matters for those dates.

Sincerely,

The W.H. Thomas Firm, LLC

*William H. Thomas Jr.*
William H. Thomas Jr.